# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Flomo Tealeh, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ward County, et. al., | ) | Case No. 1:17-cv-105 |
| | ) | |
| Defendants. | ) | |

The court shall conduct a status conference call with the parties on March 6, 2018, at 3:00 p.m. CST. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 20th day of February, 2018.

                                                             */s/ Charles S. Miller, Jr.*
                                                          Charles S. Miller, Jr., Magistrate Judge
                                                          United States District Court