# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |  | |
|---|---|---|---|
| Flomo Tealeh, | ) | | |
| | ) | | |
| Plaintiff, | ) | **ORDER** | |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| Ward County, et. al., | ) | Case No. 1:17-cv-105 | |
| | ) | | |
| Defendants. | ) | | |

The court held a status conference with the parties on March 8, 2018 by telephone. Pursuant to its discussion with the parties, the court shall conduct another status conference by telephone on June 14, 2018, at 2:00 p.m. The court shall initiate the conference call. In the interim, the court shall suspend all pretrial deadlines.

**IT IS SO ORDERED.**

Dated this 8th day of March, 2018.

                                                    */s/ Charles S. Miller, Jr.*
                                                   Charles S. Miller, Jr., Magistrate Judge
                                                   United States District Court