# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Flomo Tealeh | **AMENDED SCHEDULING ORDER** |
| Plaintiffs, | |
| vs. | Case No. 1:17-cv-105 |
| Ward County et al, | |
| Defendant. | |

**IT IS ORDERED:**

1. Plaintiff shall have until <u>December 1, 2018</u> to complete written discovery.

2. The parties shall have until <u>February 1, 2019</u> to complete fact discovery and file discovery motions.

3. The parties shall have until <u>March 1, 2019</u> to file dispositive motions.

4. The Final Pretrial Conference will be held on <u>August 12, 2019 at 2:00 p.m.</u> by telephone before Magistrate Judge Miller. Chambers will initiate the conference call.

5. The Jury Trial will be held on <u>September 4, 2019 at 9:00 a.m.</u> before Chief Judge Hovland in Bismarck. The trial is expected to last three (3) days.
.

Dated this 1st day of October 1, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court