# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Flomo Tealeh, | ) | |
| Plaintiff, | ) | **ORDER RE STATUS CONFERENCE** |
| vs. | ) | |
| Ward County, et. al., | ) | Case No. 1:17-cv-105 |
| Defendants. | ) | |

On January 22, 2019, plaintiff filed a document captioned "Request to Resolve Discovery Dispute." The court shall conduct a status conference with the parties by telephone on February 14, 2019, at 1:00 p.m. The court will initiate the conference call.

**IT IS SO ORDERED.**

Dated this 31st day of January, 2019.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court