# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Flomo Tealah, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | Case No. 1:17-cv-105 |
| Ward County and Sandra Richter, | ) | |
| Defendants. | ) | |

The final pretrial conference scheduled for August 13, 2019, and the jury trial scheduled for September 4, 2019, are cancelled. Both shall be rescheduled as necessary once the Court has ruled on plaintiff's pending motion to further amend his pleadings and defendant's pending motion for summary judgment.

**IT IS SO ORDERED.**

Dated this 15th day of July, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court